UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

LAMAR COLEMAN #117612,  )
                        )
            Plaintiff,  )     Case No. 2:07-cv-121
                        )
v.                      )     HON. GORDON J. QUIST
                        )
DAVID BERGH, et al.,    )
                        )
            Defendants. )
                        )

**ORDER DENYING LEAVE
TO PROCEED *IN FORMA PAUPERIS* - THREE STRIKES**

In accordance with the memorandum opinion entered this day,

IT IS ORDERED that Plaintiff is DENIED leave to proceed *in forma pauperis* because he has "three strikes" pursuant to 28 U.S.C. § 1915(g).

IT IS ALSO ORDERED that within **thirty days** hereof, Plaintiff shall pay the $350.00 filing fee to the Clerk of this Court.  **Plaintiff's failure to comply with this order will result in dismissal of this case without prejudice.**


Dated:   October 11, 2007              /s/ Gordon J. Quist
                                       GORDON J. QUIST
                                       UNITED STATES DISTRICT JUDGE